# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ENRIQUE MURILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERGEANT BUENO, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00095-LJO-DLB PC<br><br>**ORDER REGARDING PLAINTIFF'S MOTION OF INQUIRY**<br><br>ECF No. 8 |

　　　　Plaintiff Jorge Enrique Murillo ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On January 20, 2012, Plaintiff initiated this action by filing his complaint. Pending before the Court is Plaintiff's motion of inquiry, filed July 2, 2012. ECF No. 8.

　　　　Plaintiff requests a status update regarding his action. On January 23, 2012, the Court issued a First Informational Order to Plaintiff. The Court explained to Plaintiff that it is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, pursuant to 28 U.S.C. § 1915A(a). The Court is required to dismiss complaints if the prisoner raised a claim that is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a Defendant who is immune from suit. The Court will direct service by the United States Marshal once it has screened the complaint and determines that it contains cognizable claims for relief. The Court has a large number of

prisoner civil rights cases pending before it and will screen plaintiff's complaint in due course. The court will notify Plaintiff as soon as any action is taken in the case. Due to the large number of civil actions pending before the court, the clerk is unable to respond in writing to individual inquiries. The Court will make an exception for this one instance.

IT IS SO ORDERED.

Dated:   **September 14, 2012**                          /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE